IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01936-RPM-KMT

RENEE RANSOM,

      Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,  a Washington limited
liability company,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with

Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the

premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice,

with each party to pay her or its own attorney's fees and costs.


BY THE COURT:


November 22, 2011                    s/Richard P. Matsch

_____         _____
DATE                                         Richard P. Matsch, Senior District Judge